SO ORDERED.

Dated: July 24, 2018

Eddward P. Ballinger Jr., Bankruptcy Judge
_____

THE LAW OFFICE OF
KELLY G. BLACK, PLC
1152 E Greenway St, Ste 4
Mesa, AZ 85203-4360
P (480) 639-6719
F (480) 639-6819
kgb@kellygblacklaw.com
Attorneys for Bajo Enterprises
By:     Kelly G. Black, No. 016376

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| In re: **The Carwasher, Inc.**<br>**Bajo Enterprises**<br>**Raymond Coy Lindblom**<br>**Kathleen Lindblom**<br><br>          Debtors | **2:13-bk-13417-EPB**, Chapter 11<br>**2:13-bk-13419-EPB**<br>**2:14-bk-01011-EPB**<br><br>(Jointly Administered) |
|---|---|
| **Bajo Enterprises**,<br><br>          Plaintiff,<br><br>vs.<br><br>**Mark S. Willis**; **Katherine G. Kirts** aka **Kay Kirts**; **Darrell Slade as Trustee of the Franklin Leo Willis Testamentary Trust**; **Unknown beneficiaries and successor trustees of the Franklin Leo Willis Testamentary Trust**; **Elizabeth Carlson**; **Jennifer L. Willis**; **Stephen K. Willis**; **Unknown heirs, executors, administrators, devisees, trustees, successors and assigns of Shirell Dean Willis or Janyce K. Willis**; and **Unknown beneficiaries and successor trustees of the Trust Agreement of Shirell D. Willis and Janyce K. Willis dated September 29, 1982**,<br><br>          Defendants. | Adv. No.: **2:17-ap-00173-EPB**<br><br>**Order Authorizing Sale of Property and Distribution of Proceeds** |

IT IS ORDERED

1.      Authorizing the Plaintiff to take possession of and sell the Bajo Property, further described as follows:

> Lot 1, Block 2, BOND ACRES, according to Book 46 of Maps, page 3, records of Maricopa County, Arizona,
>
> excepting a 4' x 53' portion further described in the Warranty Deed recorded in the office of the Maricopa County Recorder on October 17, 2003 at 2003-1454202,

free and clear of all liens, encumbrances, claims and interests, with all such liens, encumbrances, claims and interests to attach to the sale proceeds in the same order, priority and validity that presently exist, subject to all claims of the Plaintiff and excepting such easements, rights of way, restrictions or other valid exceptions to title to which Plaintiff and its buyer may consent;

    2.    Authorizing the Plaintiff to sell the Bajo Property free of the interests of the following (the Potential Co-Owners):

        a.    Mark S. Willis;

        b.    Katherine G. Kirts aka Kay Kirts and listed in Plaintiff's schedules as Kay Kirtz;

        c.    Darrell Slade as Trustee of the Franklin Leo Willis Testamentary Trust;

        d.    Unknown beneficiaries and successor trustees of the Franklin Leo Willis Testamentary Trust;

        e.    Elizabeth Carlson;

        f.    Jennifer L. Willis;

        g.    Stephen K. Willis;

        h.    Unknown heirs, executors, administrators, devisees, trustees, successors and assigns of Shirell Dean Willis or Janyce K. Willis; and

        i.    Unknown beneficiaries and successor trustees of the Trust Agreement of Shirell D. Willis and Janyce K. Willis dated September 29, 1982;

    3.    Authorizing the Plaintiff to disburse the proceeds from the sale of the Bajo Property as follows:

        a.    first, to pay the costs and expenses of the sale;

        b.    second, to pay all real estate and personal property taxes and assessments outstanding and unpaid at the time of the sale; and

          c.       third, to distribute the net proceeds from the sale as follows: ¾ to Bajo Enterprises and ¼ to Mark S. Willis as personal representative of the estate of Janyce K. Willis;

4.       Directing the Plaintiff to make no other distributions of the sale proceeds without prior order of this Court; and

5.       Finding under § 363(m) that the available facts suggest that Carwasher entered into the contract in good faith.

SIGNED AND DATED ABOVE.

Order Approving Sale.docx